UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LARRY MOSES** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-11538** |
| **TIMOTHY HOOPER, WARDEN** | **SECTION: "G"(5)** |

## REPORT AND RECOMMENDATION

On or about July 2, 2019, *pro se* petitioner Larry Moses filed the above-captioned application for federal habeas corpus relief unaccompanied by the filing fee or pauper application. On July 8, 2019, the Clerk's Office issued a deficiency notice instructing Moses to submit either the requisite $5.00 filing fee or an application to proceed as a pauper within 21 days of the notice date. (Rec. Doc. 2). No response was received.

On August 8, 2019, the undersigned issued an order, notifying petitioner that the application was not in compliance with the Rules Governing Section 2254 Cases in the United States District Courts, and directing that, on or before August 29, 2019, petitioner either pay the required filing fee or submit an application to proceed *in forma pauperis*. Petitioner was warned that if he failed to comply with that order, the undersigned would recommend that this matter be dismissed. Again, petitioner did not respond. To date, petitioner has not complied with this Court's order.

Despite being afforded ample opportunity to do so, petitioner has not paid the filing fee or submitted an application to proceed *in forma pauperis*. *See* Rule 3(a) of the Rules Governing Section 2254 Cases in the United States District Courts. Accordingly, the instant federal application should be dismissed without prejudice on that basis. *See e.g., Searls v. Cain*, Civ. Action No. 08-928, 2008 WL 1745142 (E.D. La. Apr. 10, 2008).

**RECOMMENDATION**

It is **RECOMMENDED** that the federal application for habeas corpus relief filed by Larry Moses be **DISMISSED WITHOUT PREJUDICE** for failure to comply with the governing habeas rules for proceeding with a federal habeas application in this Court.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation within fourteen (14) days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir.1996) (en banc) (citing 28 U.S.C. § 636(b)(1)).

New Orleans, Louisiana, this 4th day of September, 2019.

_____
**MICHAEL B. NORTH**
**UNITED STATES MAGISTRATE JUDGE**