UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LARRY MOSES** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-11538** |
| **TIMOTHY HOOPER, WARDEN** | **SECTION: "G"(5)** |

## ORDER

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Accordingly,

**IT IS ORDERED** that the petition of Larry Moses for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 is hereby **DISMISSED WITHOUT PREJUDICE** for failure to comply with the governing habeas rules for proceeding with a federal habeas application in this Court.

**NEW ORLEANS, LOUISIANA,** this 31st day of December, 2019.

**NANNETTE JOLIVETTE BROWN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**